**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**CHAPTER 13 PLAN**

Debtor(s) Angel R. Pabon                    Case No: 6:15-bk-00288-KSJ
          Eva M. Pabon

[X] Amended (if applicable)] Chapter 13 Plan

**CHECK ONE:**

\_\_\_\_\_ The Debtor[1] certifies that the Plan does not deviate from the model plan adopted by the Court at the time of the filing of this case. Any nonconforming provisions are deemed stricken.

\_\_\_\_\_ The Plan contains provisions that are specific to this Plan in Additional Provisions, paragraph 8(e) below. Any nonconforming provisions not set forth in paragraph 8(e) are deemed stricken.

**1. MONTHLY PLAN PAYMENTS**: Plan payments include the Trustee's fee of 10% and shall begin thirty (30) days from filing/conversion date. The Debtor shall make payments to the Trustee for the period of \_\_\_\_60\_\_\_\_ months. In the event the Trustee does not retain the full 10%, any portion not retained will be paid to unsecured creditors *pro rata* under the plan:

A.    $1,968.00   for months \_\_1\_\_\_ through \_60\_\_\_;
B.    $_____   for months _____ through _____;
C.    $_____   for months _____ through _____;

in order to pay the following creditors:

**2. ADMINISTRATIVE ATTORNEY FEE: $4,100.00 TOTAL PAID $1,500.00**

**Balance Due $2,600.00**                    **Payable Through Plan $63.00 Monthly**

**3. PRIORITY CLAIMS [as defined in 11 U.S.C. §507]:**

**Name of Creditor**                                                    **Total Claim**

**4. TRUSTEE FEES:** Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

---
[1] All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals.

**5. SECURED CLAIMS**:

Pre-Confirmation payments allocated to secured creditors under the Plan, other than amounts allocated to cure arrearages, shall be deemed adequate protection payments. To the extent the Debtor makes such pre-confirmation payments, secured creditors who have filed proofs of claim prior to the claims bar date or within 14 days from the date of an order converting or dismissing this case, whichever date is earlier, shall have an administrative lien on such payment(s), *pro rata* with other secured creditors, subject to objection by the Debtor or Trustee.

**(A) Claims Secured by Real Property Which Debtor Intends to Retain/ Mortgage Payments and Arrears, If Any, Paid through the Plan:** If the Plan provides for the curing of prepetition arrearages on a mortgage, the Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly post-petition mortgage payments to the Trustee as part of the Plan. These mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the post-petition mortgage payments on the following mortgage claims:

**Name of Creditor     Collateral     Regular     Monthly Pmt.     Arrearages (if any)**

**(B) Claims Secured by Real Property/Debtor Intends to Seek Mortgage Modification:** Pending the resolution of a mortgage modification request, the Debtor shall make the following adequate protection payments to the Trustee, calculated at 31% of the Debtor's gross monthly income. Absent further order of this Court, the automatic stay shall terminate effective 6 months after the filing of the Debtor's bankruptcy petition:

| Name of Creditor | Collateral | Payment Amt (at 31%) |
|---|---|---|
| Edelweiss Financial LLC | Homestead Property | $1,725.00 |

**(C) Liens to be Avoided/Stripped:**

**Name of Creditor          Collateral          Estimated Amount**

**(D) Claims Secured by Real Property or Personal Property to Which Section 506 Valuation APPLIES:** Pursuant to 11 U.S.C. § 1322(b)(2), this provision does not apply to a claim secured solely by the Debtor's principal residence. The secured portion of the claim, estimated below, and to be determined in connection with a motion to determine secured status, shall be paid as follows:

**Creditor          Collateral          Value     Payment     Interest @_____%**
_____
_____
_____
_____

**(E)    Claims Secured by Real Property and/or Personal Property to Which Section 506 Valuation DOES NOT APPLY:**  Claims of the following secured creditors shall be paid in full with interest at the rate set forth below as follows.

**Creditor        Collateral      Balance              Payment          Interest @ _____%**
_____
_____
_____

**(F)    Claims Secured by Personal Property / Regular Payments and Arrearages, if any,  Paid in Plan:**

**Name of Creditor            Collateral              Regular Payment     Arrearages**
_____
_____
_____
_____

**(G) Secured Claims/Lease Claims Paid Direct by the Debtor:**  The following secured claims/lease claims are to be paid direct to the creditor or lessor by the Debtor outside the Plan.  The automatic stay and any codebtor stay are terminated *in rem* as to these creditors and lessors upon the filing of this Plan.  Nothing herein is intended to terminate or abrogate the Debtor's state law contract rights.  The Plan must provide for the assumption of lease claims in the Lease/Executory Contract section below.

**Name of Creditor**                            **Property/Collateral**

GM Financial                                    Automobile: 2014 Acura TSX

Space Coast Credit Union                        Automobile: 2014 Hyundai Accent

**(H)    Secured Claims/Lease Claims Not Provided for Under the Plan:**  The following secured claims/leased claims are not provided for under the Plan.  As such the automatic stay and any codebtor stay do not apply and the Debtor's liability to the creditor is NOT DISCHARGED under the Plan.  Nothing herein is intended to abrogate the Debtor's state law contract rights.

**Name of Creditor**                            **Property/Collateral**
_____
_____
_____

**(I)    Surrender of Collateral/Leased Property:**  Debtor will surrender the following collateral/leased property no later than thirty (30) days from the filing of the

petition unless specified otherwise in the Plan. The automatic stay and any codebtor stay are terminated *in rem* as to these creditors and lessors upon the filing of this Plan. The Plan must provide for the rejection of lease claims in the Lease/Executory Contract section below.

**Name of Creditor**                              **Property/Collateral to be Surrendered**

**6. LEASES/EXECUTORY CONTRACTS:**

**Name of Creditor**   **Property**   **Assume/Reject-Surrender**   **Estimated Arrears**
_____
_____
_____

**7. GENERAL UNSECURED CREDITORS:** General unsecured creditors with allowed claims shall receive a *pro rata* share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid pursuant to the provisions of a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors is $1,219.00.

**8. ADDITIONAL PROVISIONS:**

(a) Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims;

(b) Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as may be allowed by a specific Order of the Bankruptcy Court.

(c) Property of the estate (check one)*

    (1) _____ shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise; or

    (2) _____ shall vest in the Debtor upon confirmation of the Plan.

*If the Debtor fails to check (a) or (b) above, or if the Debtor checks both (a) and (b), property of the estate shall not vest in the Debtor until the earlier of the Debtor's discharge or dismissal of this case, unless the Court orders otherwise.

(d)  The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief.  The Trustee shall only make payment to creditors with filed and allowed proof of claims.  An allowed proof of claim will be controlling, unless the Court orders otherwise.

(e)  Case Specific Provisions:

_____

_____

_____

_____  Dated: 2/25/2015
Debtor

_____  Dated: 2/25/2015
Debtor

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**IN RE:  Angel R. Pabon**              **CASE NO: 6:15-bk-00288-KSJ**
       **Eva M. Pabon**                **Chapter 13**

 **Debtors**
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the *Second Amended Chapter 13 Plan and any attachments thereto* have been furnished either electronically or by U.S. Mail, this 16th day of March, 2015, to:

United States Trustee - ORL7/13, 7
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

Laurie K Weatherford
Post Office Box 3450
Winter Park, FL 32790

Angel and Eva Pabon
3840 Marietta Way
Saint Cloud, FL 34772

Updated Mailing Matrix
(See attached list)

    /s/ Jonathan M. Benjamin
    **Jonathan M. Benjamin**
    **91315**
    Skyway Law Group, PA
    5716 5th Ave North
    Saint Petersburg, FL 33740
    Tele: 727-557-6945
    Jonathan@skywaylaw.com

```
Label Matrix for local noticing          Americredit Financial Services Inc. dba GM F    Edelweiss Financial, LLC
113A-6                                   P O Box 183853                                  c/o Stanton & Gasdick, P.A.
Case 6:15-bk-00288-KSJ                   Arlington, TX 76096-3853                        390 N. Orange Avenue
Middle District of Florida                                                               Suite 260
Orlando                                                                                  Orlando, FL 32801-1612
Mon Mar 16 15:42:46 EDT 2015

Patsy Heffner, Osceola County Tax Collector   Recovery Management Systems Corp.          United States Trustee - ORL7/13 7
PO Box 422105                                 Attn: Ramesh Singh                         Office of the United States Trustee
Kissimmee, FL 34742-2105                      25 SE Second Avenue, Ste 1120              George C Young Federal Building
                                              Miami, FL 33131-1605                       400 West Washington Street, Suite 1100
                                                                                         Orlando, FL 32801-2210

AMEX Dept. Store Card                    Allstate Jacksonville                           (p)AMERICREDIT
POB 17759                                c/o Mary Callihan                               PO BOX 183853
Clearwater, FL 33762-0759                POB 17800                                       ARLINGTON TX 76096-3853
                                         Jacksonville, FL 32245-7800


Christopher Furlong                      Dan Newlin & Partners                           Douglas P. Gerber, Esq.
Atty for PNC Bank                        Attn: David Davila                              Stanton & Gasdick, P. A.
9204 King Palm Drive                     7335 W. Sand Lake Rd.                           Bank of America Building
Tampa, FL 33619-1328                     Ste. 300                                        390 N. Orange Avenue
                                         Orlando, FL 32819-5539                          Annex Suite 260
                                                                                         Orlando, FL 32801-1640

Edelweiss Financial LLC                  Florida Department of Revenue                   GM Financial
9030 Calle Alta                          Bankruptcy Unit                                 POB 181145
New Port Richey, FL 34655-5239           Post Office Box 6668                            Arlington, TX 76096-1145
                                         Tallahassee FL 32314-6668


Georgetown & Celebration HOA             Home Defense Law Firm                           Internal Revenue Service
1420 Celebration Blvd.                   7751 Kingspointe Parkway                        Post Office Box 7346
Ste. 200                                 Suite No 110                                    Philadelphia PA 19101-7346
Kissimmee, FL 34747-5162                 Orlando, FL 32819-6502


JP MORGAN CHASE "On behalf of MHEAC      Kondaur Capital Corporation                     Osceola County Tax Collector
d/b/a ASA", c/o Keith Coburn, MHEAC      333 South Anita Drive                           Attn:  Patsy Heffner
d/b/a ASA"                               Ste. 400                                        Post Office Box 422105
100 Cambridge Street, Suite 1600         Orange, CA 92868-3314                           Kissimmee FL 34742-2105
Boston, MA 02114-2518

Recovery Management Systems Corporation  Space Coast Credit Union                        US Bank
25 S.E. 2nd Avenue, Suite 1120           POB 419001                                      as Cust for Magnolia TC, 14
Miami, FL 33131-1605                     Melbourne, FL 32941-9001                        PO Box 645290
                                                                                         Cincinnati OH 45264-5290


Angel R Pabon                            Eva M Pabon                                     Jonathan M Benjamin
3840 Marietta Way                        3840 Marietta Way                               Skyway Law Group
Saint Cloud, FL 34772-8711               Saint Cloud, FL 34772-8711                      5716 5th Ave. North
                                                                                         St Petersburg, FL 33710-7104


Laurie K Weatherford
Post Office Box 3450
Winter Park, FL 32790-3450
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


AmeriCredit Financial Services, Inc.
P O Box 183853
Arlington, TX 76096




The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Americredit Financial Services Inc. dba GM    End of Label Matrix
P O Box 183853                                   Mailable recipients    27
Arlington, TX 76096-3853                         Bypassed recipients     1
                                                 Total                  28